The STATE, Petitioner,

v.

Graham Franklin DOUGLAS, Respondent.

Appellate Case No. 2015–000606
Opinion No. 27647

Supreme Court of South Carolina.

Heard March 2, 2016
Filed July 13, 2016

Attorney General Alan M. Wilson, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka, and Assistant Attorney General Alphonso Simon, Jr., of Columbia; and Ernest A. Finney, III, of Sumter, for Petitioner.

S. Jahue Moore, of Moore, Taylor Law Firm, P.A. of West Columbia, for Respondent.

PER CURIAM:

We granted certiorari to review the court of appeals' opinion in *State v. Douglas*, 411 S.C. 307, 768 S.E.2d 232 (2014). We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED**

PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.